UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF PENNSYLVANIA

RICHARD BROWN,

        Plaintiff,

        v.

KEVIN SMITH, *et al.*,

        Defendants.

Civil Action No. 3:12-CV-00446

(Judge Kosik)

## ORDER

AND NOW, THIS __6th__ DAY OF AUGUST, 2014, IT IS HEREBY ORDERED THAT:

(1) The Report and Recommendation of Magistrate Judge Susan E. Schwab dated June 5, 2014 (Doc. 48), is adopted in part and declined in part;

(2) Defendants' Motion to Dismiss Plaintiff's Third Amended Complaint (Doc. 44) is **DENIED**; and

(3) The above-captioned action is remanded to the Magistrate Judge for further proceedings.

                                                                                 _____
                                                                                Edwin M. Kosik
                                                                                 United States District Judge