UNITED STATES DISTRICT COURT
FOR THE
MIDDLE DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| RICHARD BROWN, | : |
| | : |
| Plaintiff | : |
| | : |
| v. | : CIVIL NO. 3:CV-12-0446 |
| | : |
| KEVIN SMITH, *et al.*, | : (Judge Kosik) |
| | : |
| Defendants | : |

## **ORDER**

**AND NOW, THIS 10th DAY OF APRIL, 2015,** in accordance with the accompanying Memorandum, **IT IS HEREBY ORDERED AS FOLLOWS:**

1. Any decision with respect to Plaintiff's motion to compel discovery (Doc. 54) is **stayed** pending resolution of Defendants' motion seeking summary judgment on the basis of failure to exhaust administrative remedies.

2. Within twenty (21) days from the date of this order, Plaintiff shall file a supplement to his brief in opposition to Defendants' summary judgment motion addressing the failure to exhaust argument.

                                            s/Edwin M. Kosik
                                            EDWIN M. KOSIK
                                            United States District Judge