UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF PENNSYLVANIA

FILED
SCRANTON
DEC 2 0 2016

PER _____
DEPUTY CLERK

| | | |
|---|---|---|
| RICHARD BROWN, et al., | : | |
| Plaintiffs, | : | |
| v. | : | CIVIL NO. 3:12-CV-446 |
| KEVIN SMITH, et al., | : | (Judge Kosik) |
| Defendants. | : | |

## ORDER

AND NOW, THIS 20th DAY OF DECEMBER, 2016, IT IS HEREBY ORDERED AS FOLLOWS:

1. The motion for summary judgment filed by Plaintiff (Doc. 67) is **DENIED**.

2. The motion for summary judgment filed by Defendants (Doc. 60) is **GRANTED**. The Clerk of Court is directed to enter summary judgment on behalf of Defendants and against Plaintiff on the basis of failure of Plaintiff to properly exhaust his claims.

3. The stay previously imposed on Plaintiff's motion to compel discovery (Doc. 66) is **LIFTED**, but the motion (Doc. 54) is **DENIED as moot**.

4. The Clerk of Court is directed to **CLOSE** this case.

_____
EDWIN M. KOSIK
United States District Judge